UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT L. NEWMAN,

    Plaintiff

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Civil Action No. 16-14116

HON. R. STEVEN WHALEN
U.S. Magistrate Judge

## JUDGMENT

For the reasons and under the terms stated on the record on March 15, 2018 Judgment is hereby entered in favor of Plaintiff and against Defendant. The Commissioner's denial of Plaintiff's application for Disability Insurance Benefits and Supplemental Security Income under the Social Security Act is REVERSED and the case is REMANDED to the administrative level for further proceedings, as set forth in the Court's Order entered on this date.

                                                s/ R. Steven Whalen
                                                R. STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE

Dated: March 19, 2018

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing document was sent to parties of record on March 19, 2018, electronically and/or by U.S. mail.

        s/Carolyn M. Ciesla
        Case Manager to the
        Honorable R. Steven Whalen